UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL MARTINEZ, *et al.*,

        Plaintiffs,

   v.

WELLS FARGO BANK,

        Defendant.
_____/

No. C-12-6006 EMC

**JUDGMENT IN A CIVIL CASE**

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND; AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT filed on May 21, 2013.** The Clerk of the Court is directed to close the file in this case.

Dated: May 21, 2013

                                  EDWARD M. CHEN
                                  United States District Judge